**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NELSON ENRIQUE OSUNA-ALFONZO,** | : |
| *Petitioner,* | : |
| | : |
| **v.** | : **CIVIL NO. 26-3007** |
| | : |
| **J. L. JAMISON et al.,** | : |
| *Respondents.* | : |
| | : |

## ORDER

**AND NOW**, this **5th** day of **May 2026**, upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) and pursuant to 28 U.S.C. § 2243, it is hereby **ORDERED** that the Warden of the Federal Detention Center Philadelphia shall, by **May 8, 2026**, **SHOW CAUSE** as to why the Writ of Habeas Corpus should not be granted. It is further **ORDERED** that, in order to ensure prompt compliance with this Order, Petitioner's Counsel shall email promptly the relevant filings in this Action to the following email addresses: desiree.wilkins@usdoj.gov; anthony.stjoseph@usdoj.gov; susan.becker@usdoj.gov; and gregory.david@usdoj.gov.

**BY THE COURT:**

*/S/ Kai N. Scott*

**HON. KAI N. SCOTT**
**United States District Court Judge**