**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NELSON ENRIQUE OSUNA-ALFONZO,** : | |
| *Petitioner,* : | |
| : | |
| **v.** : | **CIVIL NO. 26-3007** |
| : | |
| **J.L. JAMISON et al.,** : | |
| *Respondents.* : | |

## ORDER

**AND NOW,** this **6th** day of **May 2026,** upon consideration of Nelson Enrique Osuna-Alfonzo's Petition for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Osuna-Alfonzo from custody immediately and file a certificate of compliance on the docket no later than 5:00 p.m. on May 7, 2026.

2. The Government is enjoined from detaining Mr. Osuna-Alfonzo under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

*/S/ Kai N. Scott*

**HONORABLE KAI N. SCOTT
United States District Court Judge**