IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NELSON ENRIQUE OSUNA-ALFONZO :
:
   *Plaintiffs,*        :   Civil Action No.  26-cv-3007
:
  v.           :
:
J. L. JAMISON, *in his official capacity as* :
*Warden of Federal Detention Center,* :
*Philadelphia, et al.*       :
:
   *Respondents.*      :

**Stipulation Extending the Time for the
Government to Respond to the Complaint**

Petitioner Osuna-Alfonzo and Respondents (together "the Government"),

stipulate as follows:

1. On July 10, 2026, Petitioner filed a motion for attorney fees under the Equal

   Access to Justice Act. *See* Dkt 8.

2. The parties have agreed that the Respondents' time to respond to the motion

   shall be enlarged to August 7, 2026.

3. Pursuant to Local Civil Rule 5.1.2, counsel for the parties consent to the

   submission of this stipulation with their electronic signatures below.

Dated: July 28, 2026

So stipulated,

LAW OFFICE OF JOSE C. CAMPOS

DAVID METCALF
United States Attorney

/s/ Jose C. Campos
JOSE C. CAMPOS
251 E. Broad St.
Bethlehem, PA 18018
Jc@jccamposlaw.com
610-868-2230

/s/ Neelima Vanguri
NEELIMA VANGURI
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Neelima.vanguri@usdoj.gov
215-861-8334

Attorney for Plaintiff

Counsel for Defendants

SO ORDERED:

Honorable Kai N. Scott
United States District Judge

Date: 07/28/26